STATE OF NORTH CAROLINA v. GEORGE STANSBURY

No. 729SC256

(Filed 26 April 1972)

*Certiorari* was allowed 2 December 1971 as a substitute for appeal from *Canaday, Judge,* 30 August 1971 Session of Superior Court held in FRANKLIN County.

Defendant was charged in a bill of indictment with the offense of unlawfully, willfully and feloniously attempting to burn a stable in violation of G.S. 14-67. He was represented by counsel. Defendant entered a plea of *nolo contendere.* The trial judge questioned the defendant in detail as to the defendant's understanding of the consequences of his plea. Among other things, the defendant told the judge that he was in fact guilty and wanted to plead guilty. The judge then made an adjudication that the defendant's plea of guilty was freely, understandingly and voluntarily made. From a judgment imposing a sentence of imprisonment, defendant appealed.

*Attorney General Robert Morgan by Associate Attorney Ralf F. Haskell for the State.*

*W. M. Jolly for defendant appellant.*

VAUGHN, Judge.

Defendant's court appointed counsel candidly states that he can find no error. We have examined the record and find no error.

No error.

Judges BROCK and HEDRICK concur.